# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOOTHILLS CHRISTIAN MINISTRIES; THE GROVE CHURCH; and JOURNEY COMMUNITY CHURCH,<br><br>       Plaintiffs,<br><br>  v.<br><br>KIM JOHNSON, in her official capacity as the Director of the California Department of Social Services; and ROBERT ANDRES BONTA, in his official capacity as the Attorney General of the State of California,<br><br>       Defendants. | Case No. 22-cv-0950-BAS-DLL<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO AMEND** |

  Plaintiffs The Grove Church, Journey Community Church, and Foothills Christian Ministries (collectively, "Plaintiffs") brought this action stating various constitutional claims against the California Child Day Care Facilities Act. (ECF No. 1.) Subsequently, Defendants Kim Johnson, Director of the DSS, and Robert Bonta, the Attorney General of the State of California (collectively, "Defendants") moved to dismiss the case twice for both failure to sufficiently plead standing and for failure to state a claim. (ECF Nos. 13, 24.) Both times, the Court granted the motion. (ECF Nos. 19, 27.) Most recently, the

Court dismissed Plaintiff's First Amended Complaint, granting Plaintiffs leave to amend those claims the Court dismissed without prejudice. (ECF No. 27 at 30–31.) Plaintiffs, should they desire to amend their complaint a second time, were to do so on or before June 10, 2024. (*Id.* at 31.)

That deadline has come and gone, but Plaintiffs have failed to file a Second Amended Complaint. Accordingly, the Court converts its dismissal of the First Amended Complaint into a dismissal of the instant action. *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action."). The Court reiterates that Plaintiffs' claims regarding the Free Exercise Clause are dismissed with prejudice, but Plaintiffs' remaining claims are dismissed without prejudice. (*See* ECF No. 27 at 30–31.) The Court directs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED: June 18, 2024**

Hon. Cynthia Bashant
United States District Judge